**Order issued September 23, 1999**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-96-01073-CR

---

**MANUEL LUPE RIOS JR., Appellant**

**V.**

**STATE OF TEXAS, Appellee**

---

# ORDER

---

The motion of the Attorney General of Texas to withdraw the record is **GRANTED**.

The Clerk of this Court is **ORDERED** to send the appellate record in the above-numbered cause to:

> Carolyn Merchan, Assistant Attorney General
> c/o Jason Glass, Records Clerk
> Price Daniel, Sr. Bldg.
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548

Carolyn Merchan, Assistant Attorney General, is **ORDERED** to return the appellate record in the above-numbered cause to this Court within sixty days of the date of this Order.

LINDA THOMAS
CHIEF JUSTICE